**RONALD SHUE**

425 EAST MAIN STREET

KOKOMO, IN 46901

Steak n Shake Operations Inc
500 CENTURY BUILDING 36 S PENNSYLVANIA STREET
INDIANAPOLIS IN 46204

| | | | | | Current | YTD |
|---|---|---|---|---|---|---|
| Pay Date | 10/02/2013 | Earnings Totals | | | Current | YTD |
| Advice # | 2289514 | Gross Pay | | | $525.73 | $4,575.81 |
| | | Net Pay | | | $409.09 | $3,663.23 |
| Pay Period Start | 09/11/2013 | Deduction Totals | | | Current | YTD |
| Pay Period End | 09/24/2013 | Taxes | | | $104.93 | $884.76 |
| | | Other Deductions | | | $11.71 | $27.82 |
| W-4 Fed Withholding | S | Earnings Detail | Rate | Hours | Current | YTD |
| | | Reg Hours-1112 | $8.50 | 61.85 | $525.73 | |
| W-4 Primary State Withholding | N | Reg Hours YTD | | | | $4,575.81 |
| W-4 Secondary State Withholding | | Deductions Detail | | | Current | YTD |
| | | *Tax Deductions* | | | | |
| | | OASDI/EE | | | $32.08 | $282.73 |
| | | MED/EE | | | $7.50 | $66.12 |
| | | Fed Withholdng | | | $47.76 | $380.86 |
| | | IN Withholdng | | | $17.59 | $155.05 |
| | | *Pre Tax Deductions* | | | | |
| | | Dental - Before Tax | | | $7.33 | $14.66 |
| | | Vision Before-Tax | | | $0.94 | $0.94 |
| | | *After Tax Deductions* | | | | |
| | | CRITICAL ILLNESS EE | | | $3.44 | $6.88 |
| | | Garnishments | | | $0.00 | $5.34 |

## Additional Tax Withholding

| | |
|---|---|
| Fed | $0.00 |
| State | $0.00 |
| Local | $0.00 |

| Distributions | Current |
|---|---|
| XXXXX5650 | $409.09 |

Messages
Tipped associates are required to claim all tip income including credit card and tips paid in cash. All tips are taxable. Please enter all tips at the end of your shift when clocking out.

## Exemptions

| | |
|---|---|
| Fed | 0 |
| State | 0 |
| Secondary State | 0 |
| Local | 0 |

**RONALD SHUE**

425 EAST MAIN STREET

KOKOMO, IN 46901

Steak n Shake Operations Inc
500 CENTURY BUILDING 36 S PENNSYLVANIA STREET
INDIANAPOLIS IN 46204

| | | | | | Current | YTD |
|---|---|---|---|---|---|---|
| Pay Date | 10/16/2013 | Earnings Totals | | | | |
| | | Gross Pay | | | $503.21 | $5,079.02 |
| Advice # | 2310508 | Net Pay | | | $392.76 | $4,055.99 |
| Pay Period Start | 09/25/2013 | Deduction Totals | | | Current | YTD |
| Pay Period End | 10/08/2013 | Taxes | | | $99.21 | $983.97 |
| W-4 Fed | | Other Deductions | | | $11.24 | $39.06 |
| Withholding | S | Earnings Detail | Rate | Hours | Current | YTD |
| | | Reg Hours-1112 | $8.50 | 59.20 | $503.21 | |
| W-4 Primary State | | Reg Hours YTD | | | | $5,079.02 |
| Withholding | N | Deductions Detail | | | Current | YTD |
| W-4 Secondary | | *Tax Deductions* | | | | |
| State Withholding | | OASDI/EE | | | $30.72 | $313.45 |
| | | MED/EE | | | $7.19 | $73.31 |

## Additional Tax Withholding

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Fed Withholdng | | | $44.46 | $425.32 |
| | | IN Withholdng | | | $16.84 | $171.89 |
| | | *Pre Tax Deductions* | | | | |
| Fed | $0.00 | Dental - Before Tax | | | $7.33 | $21.99 |
| | | Vision Before-Tax | | | $0.47 | $1.41 |
| State | $0.00 | *After Tax Deductions* | | | | |
| Local | $0.00 | CRITICAL ILLNESS EE | | | $3.44 | $10.32 |
| | | Garnishments | | | $0.00 | $5.34 |

Distributions — Current
XXXXX5650 — $392.76

## Exemptions

| | | |
|---|---|---|
| Fed | 0 | |
| State | 0 | |
| Secondary State | 0 | |
| Local | 0 | |

Messages
Tipped associates are required to claim all tip income including credit card and tips paid in cash. All tips are taxable. Please enter all tips at the end of your shift when clocking out.

Case 13-11756-JMC-7   Doc 6   Filed 11/06/13   EOD 11/06/13 01:22:06   Pg 3 of 13

**RONALD SHUE**

425 EAST MAIN STREET

KOKOMO, IN 46901

Steak n Shake Operations Inc
500 CENTURY BUILDING 36 S PENNSYLVANIA STREET
INDIANAPOLIS IN 46204

| | | | | | Cur | YTD |
|---|---|---|---|---|---|---|
| Pay Date | 10/02/2013 | Earnings Totals | | | | |
| | | Gross Pay | | | $525 | $4,575.81 |
| Advice # | 2289514 | Net Pay | | | $409 | $3,663.23 |
| Pay Period Start | 09/11/2013 | Deduction Totals | | | Cur | YTD |
| Pay Period End | 09/24/2013 | Taxes | | | $104 | $884.76 |
| | | Other Deductions | | | $11 | $27.82 |
| W-4 Fed Withholding | S | Earnings Detail | Rate | | Cur | YTD |
| | | Reg Hours-1112 | $8.50 | | $525 | |
| W-4 Primary State Withholding | N | Reg Hours YTD | | | | $4,575.81 |
| W-4 Secondary State Withholding | | Deductions Detail | | | Cur | YTD |
| | | **Tax Deductions** | | | | |
| | | OASDI/EE | | | $32 | $282.73 |
| | | MED/EE | | | $7 | $66.12 |
| **Additional Tax Withholding** | | Fed Withholding | | | $47 | $380.86 |
| | | IN Withholding | | | $17 | $155.05 |
| | | **Pre Tax Deductions** | | | | |
| Fed | $0.00 | Dental - Before Tax | | | $7 | $14.66 |
| State | $0.00 | Vision Before-Tax | | | $0 | $0.94 |
| Local | $0.00 | **After Tax Deductions** | | | | |
| | | CRITICAL ILLNESS EE | | | $3 | $6.88 |
| | | Garnishments | | | $0 | $5.34 |
| **Exemptions** | | Distributions | | | Cur | |
| | | XXXXX5650 | | | $409 | |
| Fed | 0 | Messages | | | | |
| State | 0 | Tipped associates are required to claim all tip income including credit card and tips paid in cash. All tips are taxable. Please enter all tips at the end of your shift when clocking out. | | | | |
| Secondary State | 0 | | | | | |
| Local | 0 | | | | | |

**RONALD SHUE**

425 EAST MAIN STREET

KOKOMO, IN 46901

Steak n Shake Operations Inc
500 CENTURY BUILDING 36 S PENNSYLVANIA STREET
INDIANAPOLIS IN 46204

| | | | | | | Cur | YTD |
|---|---|---|---|---|---|---|---|
| Pay Date | 09/18/2013 | Earnings Totals | | | | | |
| | | Gross Pay | | | | $552 | $4,050.08 |
| Advice # | 2268460 | Net Pay | | | | $424 | $3,254.14 |
| Pay Period Start | 08/28/2013 | Deduction Totals | | | | Cur | YTD |
| Pay Period End | 09/10/2013 | Taxes | | | | $112 | $779.83 |
| | | Other Deductions | | | | $16 | $16.11 |
| W-4 Fed | | Earnings Detail | Rate | Hours | | Cur | YTD |
| Withholding | S | Reg Hours-1112 | $8.50 | 65.00 | | $552 | |
| W-4 Primary State | | Reg Hours YTD | | | | | $4,050.08 |
| Withholding | N | Deductions Detail | | | | Cur | YTD |
| W-4 Secondary | | **Tax Deductions** | | | | | |
| State Withholding | | OASDI/EE | | | | $33 | $250.65 |
| | | MED/EE | | | | $7 | $58.62 |
| | | Fed Withholding | | | | $51 | $333.10 |
| | | IN Withholding | | | | $18 | $137.46 |

## Additional Tax
## Withholding

| | | **Pre Tax Deductions** | | |
|---|---|---|---|---|
| | | Dental - Before Tax | $7 | $7.33 |
| | | **After Tax Deductions** | | |
| Fed | $0.00 | CRITICAL ILLNESS EE | $3.44 | $3.44 |
| State | $0.00 | Garnishments | $5.34 | $5.34 |
| Local | $0.00 | Distributions | Cur | |
| | | XXXXX5650 | $424 | |

## Exemptions

Messages

Tipped associates are required to claim all tip income including credit card and tips paid in
cash. All tips are taxable. Please enter all tips at the end of your shift when checking out.

| | |
|---|---|
| Fed | 0 |
| State | 0 |
| Secondary State | 0 |
| Local | 0 |

**RONALD SHUE**

425 EAST MAIN STREET

KOKOMO, IN 46901

Steak n Shake Operations Inc
500 CENTURY BUILDING 36 S PENNSYLVANIA STREET
INDIANAPOLIS IN 46204

| | | | | | Cur | YTD |
|---|---|---|---|---|---|---|
| Pay Date | 09/04/2013 | Earnings Totals | | | | |
| | | Gross Pay | | | $483 | $3,497.57 |
| Advice # | 2247311 | Net Pay | | | $387 | $2,829.91 |
| Pay Period Start | 08/14/2013 | Deduction Totals | | | Cur | YTD |
| Pay Period End | 08/27/2013 | Taxes | | | $96 | $667.66 |
| | | Other Deductions | | | $0 | $0.00 |
| W-4 Fed Withholding | S | Earnings Detail | Rate | | Cur | YTD |
| | | Reg Hours-1112 | $8.50 | | $483 | |
| W-4 Primary State Withholding | N | Reg Hours YTD | | | | $3,497.57 |
| W-4 Secondary State Withholding | | Deductions Detail | | | Cur | YTD |
| | | **Tax Deductions** | | | | |
| | | OASDI/EE | | | $29 | $216.85 |
| | | MED/EE | | | $7 | $50.71 |
| | | Fed Withholding | | | $42 | $281.18 |
| | | IN Withholding | | | $16 | $118.92 |

## Additional Tax Withholding

| | |
|---|---|
| Fed | $0.00 |
| State | $0.00 |
| Local | $0.00 |

Distributions                                      Cur
XXXXX5650                                          $387

Messages
Tipped associates are required to claim all tip income including credit card and tips paid in cash. All tips are taxable. Please enter all tips at the end of your shift when checking out.

## Exemptions

| | |
|---|---|
| Fed | 0 |
| State | 0 |
| Secondary State | 0 |
| Local | 0 |

Case 13-11756-JMC-7    Doc 6    Filed 11/06/13    EOD 11/06/13 01:22:06    Pg 6 of 13

**RONALD SHUE**

425 EAST MAIN STREET

KOKOMO, IN 46901

Steak n Shake Operations Inc
500 CENTURY BUILDING 36 S PENNSYLVANIA STR  E1
INDIANAPOLIS IN 46204

| | | | | | | Cur | YTD |
|---|---|---|---|---|---|---|---|
| Pay Date | 08/21/2013 | Earnings Totals | | | | | |
| | | Gross Pay | | | | $397 | $3,014.00 |
| Advice # | 2225333 | Net Pay | | | | $321 | $2,442.45 |
| Pay Period Start | 07/31/2013 | Deduction Totals | | | | Cur | YTD |
| Pay Period End | 08/13/2013 | Taxes | | | | $75 | $571.55 |
| | | Other Deductions | | | | $0 | $0.00 |
| W-4 Fed Withholding | S | Earnings Detail | Rate | | | Cur | YTD |
| | | Reg Hours-1112 | $8.50 | | | $350 | |
| W-4 Primary State Withholding | N | Reg Hours-1113 | $8.25 | | | $46 | |
| | | Reg Hours YTD | | | | | $3,014.00 |
| W-4 Secondary State Withholding | | Deductions Detail | | | | Cur | YTD |
| | | **Tax Deductions** | | | | | |
| | | OASDI/EE | | | | $24 | $186.87 |
| | | MED/EE | | | | $5 | $43.70 |

## Additional Tax Withholding

| | | Fed Withholding | | | | $31 | $238.50 |
|---|---|---|---|---|---|---|---|
| | | IN Withholding | | | | $13 | $102.48 |
| Fed | $0.00 | Distributions | | | | Cur | |
| State | $0.00 | XXXXX5650 | | | | $321 | |
| Local | $0.00 | Messages | | | | | |

Tipped associates are required to claim all tip income including credit card and tips paid in cash. All tips are taxable. Please enter all tips at the end of your shift when clocking out.

## Exemptions

| | |
|---|---|
| Fed | 0 |
| State | 0 |
| Secondary State | 0 |
| Local | 0 |

**RONALD SHUE**

425 EAST MAIN STREET

KOKOMO, IN 46901

Steak n Shake Operations Inc
500 CENTURY BUILDING 36 S PENNSYLVANIA STREET
INDIANAPOLIS IN 46204

| | | | | | Cur | YTD |
|---|---|---|---|---|---|---|
| Pay Date | 08/07/2013 | Earnings Totals | | | | |
| | | Gross Pay | | | $480 | $2,617.00 |
| Advice # | 2203227 | Net Pay | | | $385 | $2,120.56 |
| Pay Period Start | 07/17/2013 | Deduction Totals | | | Cur | YTD |
| Pay Period End | 07/30/2013 | Taxes | | | $95 | $496.44 |
| | | Other Deductions | | | $0 | $0.00 |
| W-4 Fed | | Earnings Detail | Rate | Hours | Cur | YTD |
| Withholding | S | Reg Hours 1112 | $8.50 | | $480 | |
| W-4 Primary State | | Reg Hours YTD | | | | $2,617.00 |
| Withholding | N | Deductions Detail | | | Cur | YTD |
| W-4 Secondary | | **Tax Deductions** | | | | |
| State Withholding | | OASDI/EE | | | $29 | $162.25 |
| | | MED/EE | | | $6 | $37.95 |
| | | Fed Withholdng | | | $42 | $207.26 |
| | | IN Withholding | | | $16 | $88.98 |

## Additional Tax Withholding

| | |
|---|---|
| Fed | $0.00 |
| State | $0.00 |
| Local | $0.00 |

Distributions                                Cur
XXXXX5650                                  $385

Messages
Tipped associates are required to claim all tip income including credit card and tips paid in cash. All tips are taxable. Please enter all tips at the end of your shift when clocking out.

## Exemptions

| | |
|---|---|
| Fed | 0 |
| State | 0 |
| Secondary State | 0 |
| Local | 0 |

**RONALD SHUE**

425 EAST MAIN STREET

KOKOMO, IN 46901

Steak n Snake Operations Inc
500 CENTURY BUILDING 36 S PENNSYLVANIA STREET
INDIANAPOLIS IN 46204

| | | | | Cur | YTD |
|---|---|---|---|---|---|
| Pay Date | 07/24/2013 | Earnings Totals | | | |
| | | Gross Pay | | $418 | $2,136.66 |
| Advice # | 2181044 | Net Pay | | $339 | $1,735.50 |
| Pay Period Start | 07/03/2013 | Deduction Totals | | Cur | YTD |
| Pay Period End | 07/16/2013 | Taxes | | $79 | $401.16 |
| | | Other Deductions | | $0 | $0.00 |
| W-4 Fed Withholding | S | Earnings Detail | Rate | Cur | YTD |
| | | Reg Hours-1112 | $8.50 | $418 | |
| W-4 Primary State Withholding | N | Reg Hours YTD | | | $2,136.66 |
| W-4 Secondary State Withholding | | Deductions Detail | | Cur | YTD |

**Tax Deductions**

| | Cur | YTD |
|---|---|---|
| OASDI/EE | $25 | $132.47 |
| MED/EE | $6 | $30.98 |
| Fed Withholding | $33 | $165.06 |
| IN Withholding | $14 | $72.65 |

| Distributions | Cur |
|---|---|
| XXXXX5650 | $339 |

## Additional Tax Withholding

| | |
|---|---|
| Fed | $0.00 |
| State | $0.00 |
| Local | $0.00 |

Messages
Tipped associates are required to claim all tip income including credit card and tips paid in cash. All tips are taxable. Please enter all tips at the end of your shift when clocking out.

## Exemptions

| | |
|---|---|
| Fed | 0 |
| State | 0 |
| Secondary State | 0 |
| Local | 0 |

**RONALD SHUE**

425 EAST MAIN STREET

KOKOMO, IN 46901

Steak n Shake Operations Inc
500 CENTURY BUILDING 36 S PENNSYLVANIA STREET
INDIANAPOLIS IN 46204

| | | | | | Cur | YTD |
|---|---|---|---|---|---|---|
| Pay Date | 07/10/2013 | Earnings Totals | | | | |
| | | Gross Pay | | | $471 | $1,717.78 |
| Advice # | 2158905 | Net Pay | | | $378 | $1,396.33 |
| Pay Period Start | 06/19/2013 | Deduction Totals | | | Cur | YTD |
| Pay Period End | 07/02/2013 | Taxes | | | $92 | $321.45 |
| | | Other Deductions | | | $0 | $0.00 |
| W-4 Fed | | | | | | |
| Withholding | S | Earnings Detail | Rate | | Cur | YTD |
| | | Reg Hours-1112 | $8.50 | | $471 | |
| W-4 Primary State | | Reg Hours YTD | | | | $1,717.78 |
| Withholding | N | | | | | |
| W-4 Secondary | | Deductions Detail | | | Cur | YTD |
| State Withholding | | **Tax Deductions** | | | | |
| | | OASDI/EE | | | $29 | $106.50 |
| | | MED/EE | | | $6 | $24.91 |

### Additional Tax Withholding

| | | Fed Withholdng | | | $40 | $131.63 |
|---|---|---|---|---|---|---|
| | | IN Withholdng | | | $16 | $58.41 |
| Fed | $0.00 | Distributions | | | Cur | |
| State | $0.00 | XXXXX5650 | | | $378 | |
| Local | $0.00 | | | | | |

Messages
Tipped associates are required to claim all tip income including credit card and tips paid in cash. All tips are taxable. Please enter all tips at the end of your shift when checking out.

### Exemptions

| | |
|---|---|
| Fed | 0 |
| State | 0 |
| Secondary State | 0 |
| Local | 0 |

**RONALD SHUE**

425 EAST MAIN STREET

KOKOMO, IN 46901

Steak n Shake Operations Inc
500 CENTURY BUILDING 36 S PENNSYLVANIA STREET
INDIANAPOLIS IN 46204

| | | | Cur | YTD |
|---|---|---|---|---|
| Pay Date | 06/26/2013 | Earnings Totals | | |
| | | Gross Pay | $362 | $1,246.45 |
| Advice # | 2136768 | Net Pay | $294 | $1,017.93 |
| Pay Period Start | 06/05/2013 | Deduction Totals | Cur | YTD |
| Pay Period End | 06/18/2013 | Taxes | $67 | $228.52 |
| | | Other Deductions | $0 | $0.00 |
| W-4 Fed Withholding | S | Earnings Detail | Rate | | | Cur | YTD |

| Earnings Detail | Rate | | | Cur | YTD |
|---|---|---|---|---|---|
| Reg Hours-1112 | $7.25 | | | $362 | |
| Reg Hours YTD | | | | | $1,246.45 |

W-4 Primary State
Withholding          N

W-4 Secondary
State Withholding

| Deductions Detail | | Cur | YTD |
|---|---|---|---|
| **Tax Deductions** | | | |
| OASDI/EE | | $22 | $77.28 |
| MED/EE | | $5 | $18.07 |
| Fed Withholding | | $27 | $90.79 |
| IN Withholding | | $12 | $42.38 |

## Additional Tax Withholding

| | | | Cur |
|---|---|---|---|
| | | Distributions | |
| Fed | $0.00 | XXXXX5650 | $294 |
| State | $0.00 | | |
| Local | $0.00 | | |

Messages

Tipped associates are required to claim all tip income including credit card and tips paid in cash. All tips are taxable. Please enter all tips at the end of your shift when closing out.

## Exemptions

| Fed | 0 |
|---|---|
| State | 0 |
| Secondary State | 0 |
| Local | 0 |

**RONALD SHUE**

425 EAST MAIN STREET

KOKOMO, IN 46901

Steak n Shake Operations Inc
500 CENTURY BUILDING 36 S PENNSYLVANIA STR E
INDIANAPOLIS IN 46204

| | | | | | | Cur | YTD |
|---|---|---|---|---|---|---|---|
| Pay Date | 06/12/2013 | Earnings Totals | | | | | |
| | | Gross Pay | | | | $362 | $883.80 |
| Advice # | 2114838 | Net Pay | | | | $294 | $723.14 |
| Pay Period Start | 05/22/2013 | Deduction Totals | | | | Cur | YTD |
| Pay Period End | 06/04/2013 | Taxes | | | | $67 | $160.66 |
| | | Other Deductions | | | | $0 | $0.00 |
| W-4 Fed | | | | | | | |
| Withholding | S | Earnings Detail | Rate | | | Cur | YTD |
| | | Reg Hours-1112 | $7.25 | | | $353 | |
| W-4 Primary State | | Reg Hours-1113 | $8.25 | | | $9 | |
| Withholding | N | Reg Hours YTD | | | | | $883.80 |
| W-4 Secondary | | Deductions Detail | | | | Cur | YTD |
| State Withholding | | **Tax Deductions** | | | | | |
| | | OASDI/EE | | | | $22 | $54.80 |
| | | MED/EE | | | | $5 | $12.82 |
| **Additional Tax** | | Fed Withholding | | | | $27 | $62.99 |
| **Withholding** | | IN Withholding | | | | $12 | $30.05 |
| Fed | $0.00 | Distributions | | | | Cur | |
| | | XXXXX5650 | | | | $294 | |
| State | $0.00 | Messages | | | | | |
| Local | $0.00 | | | | | | |

Tipped associates are required to claim all tip income including credit card tips paid in
cash. All tips are taxable. Please enter all tips at the end of your shift when checking out.

## Exemptions

| | |
|---|---|
| Fed | 0 |
| State | 0 |
| Secondary State | 0 |
| Local | 0 |

**RONALD SHUE**

425 EAST MAIN STREET

KOKOMO, IN 46901

Steak n Shake Operations Inc
500 CENTURY BUILDING 36 S PENNSYLVANIA STREET
INDIANAPOLIS IN 46204

| | | | | | Cur | YTD |
|---|---|---|---|---|---|---|
| Pay Date | 05/29/2013 | Earnings Totals | | | | |
| | | Gross Pay | | | $331 | $521.49 |
| Advice # | 2093067 | Net Pay | | | $270 | $428.65 |
| Pay Period Start | 05/08/2013 | Deduction Totals | | | Cur | YTD |
| Pay Period End | 05/21/2013 | Taxes | | | $61 | $92.84 |
| | | Other Deductions | | | $0 | $0.00 |
| W-4 Fed | | | | | | |
| Withholding | S | Earnings Detail | Rate | | Cur | YTD |
| | | Reg Hours 1112 | $7.25 | | $331 | |
| W-4 Primary State | | Reg Hours YTD | | | | $521.49 |
| Withholding | N | | | | | |
| | | Deductions Detail | | | Cur | YTD |
| W-4 Secondary | | **Tax Deductions** | | | | |
| State Withholding | | OASDI/EE | | | $20 | $32.33 |
| | | MED/EE | | | $4 | $7.56 |
| | | Fed Withholdng | | | $24 | $35.22 |
| | | IN Withholdng | | | $11 | $17.73 |

## Additional Tax Withholding

| | | Distributions | Cur |
|---|---|---|---|
| Fed | $0.00 | XXXXX5650 | $270 |
| State | $0.00 | | |
| Local | $0.00 | | |

Messages

Tipped associates are required to claim all tip income including credit card and tips paid in cash. All tips are taxable. Please enter all tips at the end of your shift when checking out.

## Exemptions

| | |
|---|---|
| Fed | 0 |
| State | 0 |
| Secondary State | 0 |
| Local | 0 |

**RONALD SHUE**

425 EAST MAIN STREET

KOKOMO, IN 46901

Steak n Shake Operations Inc
500 CENTURY BUILDING 36 S PENNSYLVANIA STREET
INDIANAPOLIS IN 46204

| | | | | | Cur | YTD |
|---|---|---|---|---|---|---|
| Pay Date | 05/15/2013 | Earnings Totals | | | | |
| | | Gross Pay | | | $189 | $189.95 |
| Advice # | 2070866 | Net Pay | | | $158 | $158.43 |
| Pay Period Start | 04/24/2013 | Deduction Totals | | | Cur | YTD |
| Pay Period End | 05/07/2013 | Taxes | | | $31 | $31.52 |
| | | Other Deductions | | | $0 | $0.00 |
| W-4 Fed Withholding | S | Earnings Detail | Rate | | Cur | YTD |
| | | Reg Hours 1112 | $7.25 | | $189 | |
| W-4 Primary State Withholding | N | Reg Hours YTD | | | | $189.95 |
| W-4 Secondary State Withholding | | Deductions Detail | | | Cur | YTD |
| | | **Tax Deductions** | | | | |
| | | OASDI/EE | | | $11 | $11.78 |
| | | MED/EE | | | $2 | $2.75 |
| **Additional Tax Withholding** | | Fed Withholding | | | $10 | $10.53 |
| | | IN Withholding | | | $6 | $6.46 |
| Fed | $0.00 | Distributions | | | Cur | |
| State | $0.00 | XXXXXXXXXXX6086 | | | $158 | |
| Local | $0.00 | Messages | | | | |

Tipped associates are required to claim all tip income including credit card and tips paid in cash. All tips are taxable. Please enter all tips at the end of your shift when checking out.

**Exemptions**

| | |
|---|---|
| Fed | 0 |
| State | 0 |
| Secondary State | 0 |
| Local | 0 |